## CITATION

| | | |
|---|---|---|
| EULALIA MCCOY -INDV & BEHALF OF, ET AL<br>Vs. No. 135101 Div "B"<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL |  | STATE OF LOUISIANA<br><br>16th JUDICIAL DISTRICT COURT<br><br>PARISH OF ST. MARY |

To: BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS, THRU AGT CT CORPORATION SYSTEM, 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, AUGUST 24, 2020.

CLERK'S OFFICE, FRANKLIN, LA

AUG 2 4 2020

A true copy of the original
Attest _____
Dy. Clerk of Court

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_____
Deputy Clerk of Court

SPACE BELOW FOR SHERIFF'S RETURN

[ SERVICE ]

EXHIBIT A

| | |
|---|---|
| EULALIA MCCOY, INDIVIDUALLY; WENDAL HINES AND EULALIA MCCOY ON BEHALF OF THEIR MINOR CHILDREN, ALAYSIA MCCOY AND RAJAN MCCOY | 16TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO. 135101 Div. "B" |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS AND JOHN DOE | PARISH OF ST. MARY STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **EULALIA MCCOY, INDIVIDUALLY; WENDAL HINES AND EULALIA MCCOY, ON BEHALF OF THEIR MINOR CHILDREN, ALAYSIA MCCOY AND RAJAN MCCOY**, persons of the full age of majority and residents of St. Mary Parish, respectfully represents:

1.

Made Defendants herein are:

a) **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, a foreign insurer authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809;

b) **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, a corporation doing business in the State of Louisiana, who may be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and

c) **JOHN DOE**, a person of the full age of majority and resident and domiciliary of St. Mary Parish, Louisiana.

2.

Defendants, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS** and **JOHN DOE**, are liable in solido unto Petitioners, **EULALIA MCCOY, INDIVIDUALLY; WENDAL HINES AND EULALIA MCCOY, ON BEHALF OF THEIR MINOR CHILDREN, ALAYSIA MCCOY AND RAJAN MCCOY**, for damages arising out of a slip and fall accident which occurred on September 21, 2019, on the premises of Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, Store No.: 647, located at 204 Northwest Blvd., Franklin, St. Mary Parish, Louisiana.

3.

Just prior to the accident, Petitioner, **EULALIA MCCOY**, was attempting to traverse the floor of Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, premises located at 204 Northwest Blvd., Franklin, Louisiana, when suddenly and without warning she slipped on a slippery substance and fell violently to the floor.

4.

Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, as owner and custodian of the premises at issue had a duty to maintain the aforementioned premises in a reasonably safe condition for persons lawfully on said premises, to include the Petitioner herein.

5.

Defendants, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS** and **JOHN DOE**, disregarding said duty, failed to properly maintain, clean, remove and/or clear the aforementioned floor on the aforementioned premises, so as to render the floor dangerously slippery and unsafe for use, and as a result of this dangerous condition, the Petitioner slipped and fell.

6.

Upon information and belief, Petitioner alleges that at all times pertinent hereto, there was in full force and effect a policy of general liability insurance providing coverage to Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, said policy having been issued by Defendant, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, and providing coverage on the facts herein.

7.

The accident complained of herein occurred due to the fault and negligence of the Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, which negligence was the result of the following acts of omission and/or commission, to-wit:

a) Failure to maintain the floor in a reasonably safe condition;

b) Allowing a slippery substance to come into contact with and remain on the floor when Defendant knew, or in the exercise of unreasonable care should have known, that the substance created an unreasonable risk of harm to customers;

c) Failure to warn of the danger presented by the presence of the slippery substance on the floor;

d) Failure to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Petitioner and others lawfully on said premises;

e) Failure to properly place warning signs in the wet areas of the floor;

f) Failure to train its employees, including but not limited to Defendant, **JOHN DOE**, on maintaining the floors at issue in a reasonably safe condition; and

g) Any other acts of omission and/or commission which may discovered prior to trial or as may be brought out by the evidence at the trial of this case.

8.

The accident complained of herein occurred due to the fault and negligence of Defendant, **JOHN DOE**, which negligence was the result of the following acts of omission and/or commission, to-wit:

a) Failure to maintain the floor in a reasonably safe condition;

b) Allowing a slippery substance to come into contact with and remain on the floor when Defendant, **JOHN DOE**, knew, or in the exercise of unreasonable care should have known, that the substance created an unreasonable risk of harm to customers;

c) Failure to warn of the danger presented by the presence of the slippery substance on the floor;

d) Failure to make a reasonable inspection of the premises when he knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Petitioner and others lawfully on said premises;

e) Failure to properly place warning signs in the wet areas of the floor; and

f) Any other acts of omission and/or commission which may discovered prior to trial or as may be brought out by the evidence at the trial of this case.

9.

Upon information and belief, Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, as owner of the premises is strictly liable to Petitioner for the condition in the premises described herein.

10.

As a result of said accident, **EULALIA MCCOY**, sustained severe and disabling injuries, including but not limited to injury to the bones, muscles, tendons, ligaments and soft tissue.

11.

Petitioner, **EULALIA MCCOY**, itemizes her damages as follows:

a) Past, present and future medical expenses;

b) Past, present and future mental anguish and distress;

c) Past, present and future physical pain and suffering;

d) Permanent physical impairment; and

e) Loss of enjoyment of life.

12.

Upon information and belief, Petitioners allege that at all times pertinent hereto, Defendant, **JOHN DOE**, was in the course and scope of his employment with Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**.

13.

That Defendant, **BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**, as the employer of Defendant, **JOHN DOE**, is answerable for the damages sustained by Petitioner and occasioned by Defendant, **JOHN DOE**, while in the exercise of the functions in which he was employed.

14.

Petitioners, **EULALIA MCCOY and WENDAL HINES**, as mother, father and natural tutors of their minor children, **ALAYSIA MCCOY AND RAJAN MCCOY**, alleges that as a result of the accident caused by the fault, breach of duties and negligence of the Defendant, the minor children, **ALAYSIA MCCOY AND RAJAN MCCOY**, have suffered damages, including the loss of consortium, including, but not limited to, loss of love, society, support and companionship.

WHEREFORE, Petitioners, **EULALIA MCCOY, INDIVIDUALLY; WENDAL HINES AND EULALIA MCCOY, ON BEHALF OF THEIR MINOR CHILDREN, ALAYSIA MCCOY AND RAJAN MCCOY**, pray:

I) That Defendants, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS and JOHN DOE**, be served with a copy of this petition and be duly cited to appear and answer the same within the delays allowed by law;

II) That after due proceedings be had, that there be judgment herein in favor of Petitioners, **EULALIA MCCOY, INDIVIDUALLY; WENDAL HINES AND EULALIA MCCOY, ON BEHALF OF THEIR MINOR CHILDREN, ALAYSIA MCCOY AND RAJAN MCCOY**, and against the Defendants, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS and JOHN DOE**, jointly, severally and in solido, for such damages as are reasonable in the

premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings; and

III) For all other general and equitable relief as the nature of the case may allow.

Respectfully submitted,

MARK G. ARTALL (#21227)
109 SOUTH COLLEGE ROAD - 70503
P. O. BOX 53942
LAFAYETTE, LOUISIANA 70505
(337) 233-1777 - Telephone
(337) 232-1008 - Facsimile
Counsel for Plaintiffs

**PLEASE SERVE:**

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**JOHN DOE**
Address Unknown

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

AUG 20 2020

CLERK'S OFFICE, FRANKLIN, LA

AUG 24 2020
A true copy of the original
Attest
Dy. Clerk of Court

RECEIVED AND FILED

AUG 24 2020

Dy. Clerk of Court